IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILLY GLENN COOPER, et al., | : | |
| Plaintiffs, | : | |
| v. | : | CA 2:12-00583-C |
| INTERNATIONAL PAPER COMPANY, et al., | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court lacks subject-matter jurisdiction. Accordingly, the motion to remand (Doc. 18) is **GRANTED**, and the Clerk is **DIRECTED** to **REMAND** this matter to the Circuit Court of Dallas County, Alabama and **CLOSE** this case.

**DONE** this the 13th day of December, 2012.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**